**Cleveland Winston KILGORE,
Plaintiff—Appellant,**

v.

**Eric H. HOLDER, Jr., Attorney General;
W. Walter Wilkins; Darlene Drew,
Warden; Todd Felts; Dewight Cash;
Leonard Miller, G. Jackson, John Doe
1, Defendants—Appellees.**

No. 09–6730.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 25, 2009.

Cleveland Winston Kilgore, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleveland W. Kilgore, a federal prisoner, filed a civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Kilgore appeals the district court's order accepting the magistrate judge's recommendation to dismiss his complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kilgore v. Mukasey,* No. 9:08–cv–03545–HFF, 2009 WL 982592 (D.S.C. Apr. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*